In the Matter of the Estate of KATHERINE H. BROWN, Deceased.

Submitted June 7, 1937; decided June 11, 1937.

Motion for a reargument denied. Opinion modified so as to state that there was no question raised regarding domicile or residence in New York State. (See 274 N. Y. 10.)

579 FLATBUSH AVENUE REALTY CORPORATION, Respondent, *v.* ROSRUTH REALTY CORPORATION, Appellant, Impleaded with Others.

Submitted June 7, 1937; decided June 11, 1937.

*Irwin N. Wilpon* for motion.

*Clarence B. Campbell* and *Robert L. Callahan* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements. (See *Gallagher* v. *Perot,* 203 App. Div. 651; 235 N. Y. 561.)